**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 NOV 18 AM 10: 41
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-15CR-0523L |
| LONNIE LEVON THOMPSON (1) | |

# INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of a Firearm
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 21, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Lonnie Levon Thompson**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Stevens, Model 94, 12 gauge shotgun, having a barrel length of less than 18 inches in length, bearing no serial number.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Lonnie Levon Thompson**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1) a Stevens, Model 94, 12 gauge shotgun, having a barrel length of less than 18 inches in length, bearing no serial number; and

(2) any ammunition recovered with the weapon.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214-659-8617
Fax: 214-659-8809

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LONNIE LEVON THOMPSON

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

(1 COUNT)

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this 18th day of November, 2015

------------------------------------------------------------

**WARRANT TO ISSUE**

------------------------------------------------------------

UNITED STATES DISTRICT MAGISTRATE JUDGE
(No Criminal Case Pending)